

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00494-CR

Roy Joseph **ROBLEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2392
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED April 4, 2018.

_____
Irene Rios, Justice